UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 3:17-CR-006 |
| | ) |
| TAMERA HOUSLEY | ) |

**O R D E R**

By judgment dated September 3, 2014, the defendant was sentenced in the United States District Court for the Western District of Oklahoma to a 30-month term of imprisonment, to be followed by three years of supervised release. The defendant's judgment also imposed a restitution obligation of $336,950.21. Supervision jurisdiction was transferred to this Court in February 2017.

The defendant has now moved, *pro se*, for early termination of her term of supervision. [Doc. 2]. Both the supervising probation officer and the United States Attorneys' Office have advised the Court that they do not oppose the requested relief.

The Court has considered the motion and finds it well-taken. It appears that the defendant has complied with the rules and conditions of her supervision and has achieved all supervision objectives.

It is the Court's understanding that the defendant still owes more than $300,000.00 in restitution. According to her motion, the defendant pays $750.00 per month toward that balance and her Internal Revenue Service taxes and penalties. The Court finds that the

defendant is making admirable efforts to address those obligations, and the remaining balance is not sufficient reason to deny early termination on the facts of this particular case.

The defendant's motion [doc. 2] is accordingly **GRANTED**, and it is hereby ordered that she be discharged from supervision.

Dated this 8th day of May, 2019.

**IT IS SO ORDERED.**

ENTER:

s/ Leon Jordan
United States District Judge